IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES JONES,

        Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner, Social Security
Administration,

        Defendant.

6:15-CV-00905-SB

ORDER

BROWN, Judge.

    Magistrate Judge Stacie F. Beckerman issued Findings and Recommendation (#22) on September 30, 2016, in which she recommends this Court reverse and remand the Commissioner's decision denying Plaintiff's application for supplemental security income benefits for further administrative proceedings. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Beckerman's Findings and Recommendation (#22). Accordingly, the Court **REVERSES** the decision of the Commissioner and **REMANDS** this matter pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS SO ORDERED.

DATED this 4th day of November, 2016.

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge